UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  Case No. 8:24-cr-51-WFJ-AAS

DEVIN ALAN RHODEN

## **ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's motion for an order of forfeiture against the defendant in the amount of $135,000.

Being fully advised of the relevant facts, the Court hereby finds that, at least, $135,000 in proceeds was obtained and laundered by the defendant as a result of his conspiracy to commit wire fraud and money laundering, to which he has pled guilty.

Accordingly, it is hereby:

**ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for an order of forfeiture in the amount of $135,000.

It is **FURTHER ORDERED** that, because the $135,000 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and/or 28

U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of $135,000.

It is **FURTHER ORDERED** that the order of forfeiture become final as to the defendant at the time it is entered.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

**DONE and ORDERED** in Tampa, Florida, on October 30, 2024.


WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record